UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBYN S. MILLAR, | ) | CASE NO. C09-1141-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Robyn S. Millar submitted an opening brief in this matter on December 31, 2009. (Dkt. 13.) However, pursuant to the briefing schedule, plaintiff's opening brief was due to be filed in this Court on December 30, 2009. (Dkt. 11 at 1.) Plaintiff did not submit a motion for relief from the deadline or any explanation for the late filing. As such, the Court hereby Orders plaintiff to show cause why the opening brief should be accepted for filing by the Court. Plaintiff must submit a response within **ten (10) days** of this Order. Plaintiff is further advised, in the future, to abide by the Court's briefing schedules and, if necessary, submit a motion for relief from a deadline in the event of a late filing.

DATED this 8th day of January, 2010.

Mary Alice Theiler
United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE -1