Magistrate Judge Theiler

UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBYN MILLAR, ) | |
| ) | |
| Plaintiff, ) | NO. C09-1141-MAT |
| ) | |
| v. ) | ~~PROPOSED~~ ORDER FOR EXTENSION |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based upon Stipulation between the parties, it is hereby ORDERED that the Plaintiff shall have an extension to and including March 5, 2010, to file Plaintiff's opening brief.

DATED this <u>23rd</u> day of February, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

~~PROPOSED~~ ORDER
Page 1 of 2

**STILES & STILES, INC., P.S.**
ATTORNEYS AT LAW
P.O. BOX 228 - 925 METCALF STREET
SEDRO WOOLLEY, WASHINGTON 98284
(360) 855-0131  FAX (360) 856-2875

Presented by:

s/ BRIAN L. STILES
Attorney for Plaintiff
925 Metcalf Street / PO Box 228
Sedro-Woolley, WA 98284
Telephone: (360) 855-0131
FAX: (360) 856-2875
brian@stileslaw.com

~~PROPOSED~~ ORDER
Page 2 of 2

**STILES & STILES, INC., P.S.**
ATTORNEYS AT LAW
P.O. BOX 228 - 925 METCALF STREET
SEDRO WOOLLEY, WASHINGTON 98284
(360) 855-0131  FAX (360) 856-2875